# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

CHASE MANUFACTURING, INC.,
Appellants

v.                                                          Case No. 22-1164

JOHNS MANVILLE CORPORATION,
Appellees

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for
Johns Manville Corporation
Party or Parties

Appellee, in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✓] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

| | |
|---|---|
| Allison Kostecka | Lydia Lulkin |
| Name of Counsel | Name of Counsel |
| s/ Allison Kostecka | s/ Lydia Lulkin |
| Signature of Counsel | Signature of Counsel |
| Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, Colorado 80202<br>(303) 298-5718 | Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, Colorado 80202<br>(303) 298-5771 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| E-Mail Address AKostecka@gibsondunn.com | E-Mail Address LLulkin@gibsondunn.com |

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 5/26/2022        via (state method of service) CM/ECF        .

to all counsel of record                         s/ Allison Kostecka
(*See* Fed. R. App. P. 25(b))                    (Signature)

**A-5**  Entry of Appearance Form 10/09

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

CHASE MANUFACTURING, INC.,
Appellants

v.

JOHNS MANVILLE CORPORATION,
Appellees

Case No. 22-1164

## Certificate of Interested Parties

      The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Under 10th Cir. R. 46.1(D) and Fed. R. App. P. 26.1(a), Defendant-Appellee Johns Manville Corporation discloses that it is a private, nongovernmental corporation that is a wholly owned subsidiary of Berkshire Hathaway Inc., a publicly held corporation.

The following two additional attorneys entered an appearance for Defendant Johns Manville Corporation in the U.S. District Court proceedings below, but are not entering an appearance in this Tenth Circuit appeal: Richard Hale Cunningham and Roger P. Twisselman.