UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Entry of Appearance and Certificate of Interested Parties**

CHASE MANUFACTURING, INC.,
Appellant

v.

JOHNS MANVILLE CORPORATION,
Appelle

Case No. 22-1164

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for Chase Manufacturing, Inc.
Party or Parties
Appellant                                                                                           , in the subject case(s).
Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

[✓] On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

[ ] There are no such parties, or any such parties have heretofore been disclosed to the court.

Alexandra Shear
Name of Counsel

Name of Counsel

s/ Alexandra Shear
Signature of Counsel
Bona Law PC
287 Park Avenue South, Suite 422, NY, NY 10010
(212) 634-6861
Mailing Address and Telephone Number

Signature of Counsel


Mailing Address and Telephone Number

E-Mail Address alex.shear@bonalawpc.com

E-Mail Address

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date) 6/1/2022                    via (state method of service) CM/ECF                    .

to all counsel of record
(*See* Fed. R. App. P. 25(b))

s/ Alexandra Shear
(Signature)

A-5  Entry of Appearance Form 10/09

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

CHASE MANUFACTURING, INC.,
Appellant

v.

JOHNS MANVILLE CORPORATION,
Appelle

Case No. 22-1164

## Certificate of Interested Parties

---

      The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation.  *See* 10th Cir. R. 46.1(D).  In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Under 10th Cir. R. 46.1(D), Plaintiff-Appellant Chase Manufacturing, Inc. discloses there are no other interested parties.

The following two additional attorneys who entered an appearance for Plaintiff-Appellant Chase Manufacturing, Inc. in the U.S. District Court proceedings, but are not entering an appearance in this Tenth Circuit appeal:  James F. Lerner and Geoffrey N. Blue